**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Daniel J. Lewis | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 20-10804 JKF |
| Daniel J. Lewis | Debtor(s) | |
| Donna M. Reinhart | Co-Debtor | |
| Scott F. Waterman | Trustee | 11 U.S.C. Section 362 and 1301 |

**MOTION OF MIDFIRST BANK**
**FOR RELIEF FROM THE AUTOMATIC STAY & CO-DEBTOR STAY**
**UNDER SECTION 362 and 1301**

1. Movant is MIDFIRST BANK.

2. Debtor and Donna M. Reinhart, co-debtor are the owner(s) of the premises 615 Green Street, Bridgeport, PA 19405, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $178,451.00 on the mortgaged premises that was executed on June 15, 2007. Said mortgage was recorded on June 15, 2007 at Book 12152, Pages 02543 to 02554. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on November 15, 2019, at Book 14796, Pages 02253 to 02256 in Montgomery County.

4. Scott F. Waterman, is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6. Debtor and Donna M. Reinhart, co-debtor have failed to make the monthly post-petition mortgage payments in the amount of $1,573.35 with late charges totaling $89.06 for the months of March 2020 through May 2020.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $850.00 in

legal fees and $181.00 in legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The total amount necessary to reinstate the loan post-petition is $4,809.11 (plus attorney's fees & costs).

9. Debtor is currently delinquent in plan payments to the Chapter 13 Trustee in the amount of $1,354.00.

10. Movant is entitled to relief from stay for cause.

11. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant