IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Daniel J Lewis | : Chapter 13 |
| | : |
| | : Case No. 20-10804JKF |
| Debtor(s) | : |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 18


Dated:  June 1, 2020              /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper
                    1            1315 Walnut Street, Suite 502
                                 Philadelphia, PA 19107
                                 215-545-0008