## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-10804** |
| **Daniel J Lewis** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **August 12, 2020 at 11:00 a.m.** |
| vs | : | |
| | : | |
| **Daniel J Lewis** | : | |
| | : | |
| **SCOTT F. WATERMAN (Chapter 13)** | : | |
| **Respondents.** | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

JPMorgan Chase Bank, N.A. has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before July 29, 2020, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

20-007950_EJS1

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA  19606
ECFMail@ReadingCh13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on August 12, 2020 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #4, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: __July 14, 2020_____

20-007950_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-10804** |
| **Daniel J Lewis** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **JPMorgan Chase Bank, N.A.** : | |
| **Movant,** : | **Date and Time of Hearing** |
| : | **August 12, 2020 at 11:00 a.m.** |
| **vs** : | |
| : | |
| **Daniel J Lewis** : | |
| : | |
| **SCOTT F. WATERMAN (Chapter 13)** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

Brad J. Sadek, Attorney for Daniel J Lewis, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 14, 2020:

Daniel J Lewis, 615 Green Street, Bridgeport, PA 19405

DATE: July 14, 2020

                                                           /s/ Karina Velter
                                                           Karina Velter, Esquire (94781)

20-007950_EJS1

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-007950_EJS1