United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel J Lewis  
     Debtor

Case No. 20-10804-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 2     Date Rcvd: Jul 29, 2020  
                 Form ID: pdf900     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.

```
db           +Daniel J Lewis,    615 Green Street,    Bridgeport, PA 19405-1117
14485091      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
14464832     +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14464833     +Bureau of Bridgeport,    63 West 4th Street,    Bridgeport, PA 19405-1050
14464836     +CarMax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
14465940     +CarMax Auto Finance dba CarMax Business Services,,    225 Chastain Meadows Court,,    Suite 210,
               Kennesaw, GA 30144-5942
14464839     +Donna Reinhart,    118 Harbour Court,    Kill Devil Hills, NC 27948-9319
14481906      JP Morgan Chase Bank,NA,    c/o Karina Velter, Esquire,    Manley Deas Kochalski LLC,
               P.O. Box 165028,    Columbus, OH  43216-5028
14483249     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
14481554      JPMorgan Chase Bank, N.A.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
               Columbus, OH 43216-5028
14485998     +MIDFIRST BANK,    C/O KML Law Group,    701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
14492674     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14486222     +Midfirst Bank,    c/o Rebecca A Solarz,Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14464841     +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
               Oklahoma City, OK 73126-0648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:54     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:46:33
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2020 04:46:41     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14464835      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:53:25     Capital One,
               P.O. Box 85520,    Richmond, VA 23285
14464834     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:53:25     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14481240     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2020 04:53:28
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14493745     +E-mail/Text: bankruptcy@cavps.com Jul 30 2020 04:46:40     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14464837     +E-mail/Text: bk.notifications@jpmchase.com Jul 30 2020 04:46:21     Chase Auto Finance,
               Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
14476821     +E-mail/Text: mrdiscen@discover.com Jul 30 2020 04:46:14     Discover Bank,
               Discover Product Inc,    PO BOX 3025,    New Albany, OH 43054-3025
14464840     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 30 2020 04:46:18     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
14464838      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 04:53:11     Chase Card Services,
               Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
14484280      E-mail/Text: bk.notifications@jpmchase.com Jul 30 2020 04:46:21     JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. Box 29505 AZ1-5757,    Phoenix AZ 85038-9505
                                                                                              TOTAL: 12
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
14473747*      Internal Revenue Service,    PO BOX 7317,    Philadelphia, PA 19101-7317
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                            Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW           Page 2 of 2            Date Rcvd: Jul 29, 2020
                              Form ID: pdf900          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Daniel J Lewis brad@sadeklaw.com,  bradsadek@gmail.com
              KARINA   VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                            :        Chapter 13

**DANIEL J. LEWIS**

           Debtor(s)            :        Bky. No.  20-10804 -AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: July 29, 2020**

                                                         **ASHELY M. CHAN**
                                                         **U.S. BANKRUPTCY JUDGE**