| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 20-10804-AMC**

Daniel J Lewis
615 Green Street
Bridgeport  PA    19405

Petition Filed Date: 02/07/2020
341 Hearing Date: 03/13/2020
Confirmation Date:

Case Status: Pending Reopen on 7/29/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2020 | $6.00 | | 04/08/2020 | $1,360.00 | | 06/02/2020 | $2,735.00 | |
| 07/27/2020 | $2,100.00 | | 08/10/2020 | $2,100.00 | | | | |

**Total Receipts for the Period:  $8,301.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $8,301.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel J Lewis | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,301.00 | Current Monthly Payment: | $2,270.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $830.10 | Total Plan Base: | $131,221.00 |
| Funds on Hand: | $7,470.90 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.