IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Daniel J Lewis | : | Chapter 13 |
| | : | |
| | : | Case No.  20-10804AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Reconsider filed at docket number 40

Dated: August 20, 2020         /s/ Brad J. Sadek, Esquire
                               Brad J. Sadek, Esquire
                               Sadek and Cooper
                               1315 Walnut Street, Suite 502
                               Philadelphia, PA 19107
                               215-545-0008