UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| Daniel J. Lewis | : | Case No.: 20-10804(AMC) |
| | : | |
| Debtor | : | Chapter 13 |

### ORDER

AND NOW, this ____ day of _____ 2020, upon consideration of the Motion to Reconsider the July 29, 2020 Order Dismissing the instant Bankruptcy matter, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order of this Court dated July 29, 2020 Dismissing the case is vacated;

~~FURTHER ORDERED~~

**Date: August 27, 2020**

_____
Hon. Ashely M. Chan