United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 20-10804-amc
Daniel J Lewis                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW          Page 1 of 2              Date Rcvd: Aug 27, 2020
                             Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.
```
db             +Daniel J Lewis,    615 Green Street,    Bridgeport, PA 19405-1117
14485091        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14464832       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14464833       +Bureau of Bridgeport,    63 West 4th Street,    Bridgeport, PA 19405-1050
14464836       +CarMax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
14465940       +CarMax Auto Finance dba CarMax Business Services,,    225 Chastain Meadows Court,,   Suite 210,
                 Kennesaw, GA 30144-5942
14464839       +Donna Reinhart,    118 Harbour Court,    Kill Devil Hills, NC 27948-9319
14481906        JP Morgan Chase Bank,NA,    c/o Karina Velter, Esquire,    Manley Deas Kochalski LLC,
                 P.O. Box 165028,    Columbus, OH  43216-5028
14483249       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14481554        JPMorgan Chase Bank, N.A.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14485998       +MIDFIRST BANK,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14492674       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14486222       +Midfirst Bank,    c/o Rebecca A Solarz,Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14464841       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 28 2020 04:20:15     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2020 04:19:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 28 2020 04:20:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14464835        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 04:20:35     Capital One,
                 P.O. Box 85520,    Richmond, VA 23285
14464834       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 04:20:47     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14481240       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2020 04:21:07
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14493745       +E-mail/Text: bankruptcy@cavps.com Aug 28 2020 04:20:05     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14464837       +E-mail/Text: bk.notifications@jpmchase.com Aug 28 2020 04:19:48     Chase Auto Finance,
                 Attn: Bankruptcy,    Po Box 901076,    Fort Worth, TX 76101-2076
14476821       +E-mail/Text: mrdiscen@discover.com Aug 28 2020 04:19:40     Discover Bank,
                 Discover Product Inc,    PO BOX 3025,    New Albany, OH 43054-3025
14464840       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 28 2020 04:19:43     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14464838        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 28 2020 04:21:03     Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
14484280        E-mail/Text: bk.notifications@jpmchase.com Aug 28 2020 04:19:48     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-5757,    Phoenix AZ 85038-9505
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14473747*        Internal Revenue Service,    PO BOX 7317,    Philadelphia, PA 19101-7317
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2              Date Rcvd: Aug 27, 2020
                              Form ID: pdf900           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Daniel J Lewis brad@sadeklaw.com,  bradsadek@gmail.com
              KARINA   VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Daniel J. Lewis | : | Case No.: 20-10804(AMC) |
| | : | |
| Debtor | : | Chapter 13 |

**ORDER**

AND NOW, this ____ day of _____ 2020, upon consideration of the Motion to Reconsider the July 29, 2020 Order Dismissing the instant Bankruptcy matter, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order of this Court dated July 29, 2020 Dismissing the case is vacated;

~~FURTHER ORDERED~~

**Date: August 27, 2020**

Hon. Ashely M. Chan