**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-10804** |
| **Daniel J Lewis** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * *** |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **September 30, 2020 at 11:00 a.m.** |
| vs | : | |
| | : | **Place of Hearing** |
| **Daniel J Lewis** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #4** |
| | : | **Philadelphia, PA, 19107** |
| **Scott F. Waterman** | : | |
| **Respondents.** | : | **Related Document # 34** |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: October 6, 2020**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606 (notified by ecf)

Brad J. Sadek, Attorney for Debtor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107 (notified by ecf)

Daniel J Lewis, Debtor, 615 Green Street, Bridgeport, PA 19405 (notified by regular US Mail)