UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Daniel J. Lewis | : | Case No.: 20-10804-amc |
| | : | |
| Debtor | : | Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO DETERMINE VALUE

AND NOW, this _____ day of _____, 2020 upon consideration of the Motion of Daniel Lewis to Determine Value of Vehicle, it is hereby:

ORDERED and DECREED that the Order is granted and that the Debtors' 2012 Mercedes-Benz E550 VIN: WDDKJ7DB4CF150517 has a value of: **$12,880.00 (including all interest)**

~~FURTHER ORDERED~~

**Date: December 2, 2020**

_____
Ashely M. Chan
U.S. Bankruptcy Judge