| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-10804-AMC

Daniel J Lewis
615 Green Street
Bridgeport  PA   19405

Petition Filed Date: 02/07/2020
341 Hearing Date: 03/13/2020
Confirmation Date: 01/13/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2020 | $6.00 | | 04/08/2020 | $1,360.00 | | 06/02/2020 | $2,735.00 | |
| 07/27/2020 | $2,100.00 | | 08/10/2020 | $2,100.00 | | 08/24/2020 | $2,100.00 | |
| 09/17/2020 | $510.00 | | 10/16/2020 | $2,000.00 | | 12/11/2020 | $2,000.00 | |
| 01/08/2021 | $2,000.00 | | 02/24/2021 | $2,069.00 | | 04/05/2021 | $2,069.00 | |

**Total Receipts for the Period: $21,049.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,049.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel J Lewis | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CARMAX AUTO FINANCE dba CARMAX BUSINESS SERVICES »» 001 | Secured Creditors | $12,880.00 | $0.00 | $12,880.00 |
| 2 | CARMAX AUTO FINANCE dba CARMAX BUSINESS SERVICES »» 01U | Unsecured Creditors | $4,802.43 | $0.00 | $4,802.43 |
| 3 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $22,549.21 | $16,058.24 | $6,490.97 |
| 4 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $20,758.62 | $0.00 | $20,758.62 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,190.00 | $3,190.00 | $0.00 |
| 5 | DISCOVER BANK »» 003 | Secured Creditors | $6,359.78 | $0.00 | $6,359.78 |
| 6 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $4,176.83 | $0.00 | $4,176.83 |
| 7 | JP MORGAN CHASE BANK NA »» 005 | Unsecured Creditors | $5,944.24 | $0.00 | $5,944.24 |
| 8 | JP MORGAN CHASE BANK NA »» 006 | Secured Creditors | $2,499.32 | $0.00 | $2,499.32 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $1,296.42 | $0.00 | $1,296.42 |
| 10 | MIDFIRST BANK NKA MIDLAND MRTG »» 008 | Mortgage Arrears | $20,608.85 | $0.00 | $20,608.85 |
| 11 | MIDFIRST BANK NKA MIDLAND MRTG »» 08P | Mortgage Arrears | $5,840.11 | $0.00 | $5,840.11 |
| 12 | CAVALRY INVESTMENTS LLC »» 009 | Unsecured Creditors | $401.50 | $0.00 | $401.50 |

Chapter 13 Case No. 20-10804-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,049.00 | Current Monthly Payment: | $2,069.00 |
| Paid to Claims: | $19,248.24 | Arrearages: | $6,276.00 |
| Paid to Trustee: | $1,800.76 | Total Plan Base: | $118,361.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.