# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Daniel J. Lewis | | CHAPTER 13 |
| | Debtor(s) | |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 20-10804 AMC |
| Daniel J. Lewis | Debtor(s) | |
| Donna M. Reinhart | Co-Debtor | |
| Scott F. Waterman | Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this _____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on November 26, 2021 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: June 8, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list

Daniel J. Lewis
615 Green Street
Bridgeport, PA 19405

Donna M. Reinhart
615 Green Street
Bridgeport, PA 19405

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532