Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-10804-AMC**

Daniel J Lewis  
615 Green Street  
Bridgeport  PA    19405

Petition Filed Date: 02/07/2020  
341 Hearing Date: 03/13/2020  
Confirmation Date: 01/13/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $2,069.00 | | 07/15/2021 | $2.00 | | 07/19/2021 | $8,274.00 | |
| 08/19/2021 | $4,140.00 | | 09/01/2021 | $67.00 | | 10/01/2021 | $2,069.00 | |
| 11/29/2021 | $2,069.00 | | 12/23/2021 | $2,069.00 | | 02/17/2022 | $2,069.00 | |
| 03/03/2022 | $4,138.00 | | 06/29/2022 | $2,069.00 | | | | |

**Total Receipts for the Period: $29,035.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $48,015.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Daniel J Lewis | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CARMAX AUTO FINANCE dba CARMAX BUSINESS SERVICES »» 001 | Secured Creditors | $12,880.00 | $4,829.34 | $8,050.66 |
| 2 | CARMAX AUTO FINANCE dba CARMAX BUSINESS SERVICES »» 01U | Unsecured Creditors | $4,802.43 | $0.00 | $4,802.43 |
| 3 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $22,549.21 | $22,549.21 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $20,758.62 | $0.00 | $20,758.62 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,190.00 | $3,190.00 | $0.00 |
| 5 | DISCOVER BANK »» 003 | Secured Creditors | $6,359.78 | $2,384.61 | $3,975.17 |
| 6 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $4,176.83 | $0.00 | $4,176.83 |
| 7 | JP MORGAN CHASE BANK NA »» 005 | Unsecured Creditors | $5,944.24 | $0.00 | $5,944.24 |
| 8 | JP MORGAN CHASE BANK NA »» 006 | Secured Creditors | $2,499.32 | $937.13 | $1,562.19 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 007 | Unsecured Creditors | $1,296.42 | $0.00 | $1,296.42 |
| 10 | MIDFIRST BANK NKA MIDLAND MRTG »» 008 | Mortgage Arrears | $20,608.85 | $7,727.27 | $12,881.58 |
| 11 | MIDFIRST BANK NKA MIDLAND MRTG »» 08P | Mortgage Arrears | $5,840.11 | $2,189.74 | $3,650.37 |
| 12 | CAVALRY SPV INVESTMENTS LLC »» 009 | Unsecured Creditors | $401.50 | $0.00 | $401.50 |

Chapter 13 Case No. 20-10804-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $48,015.00 | Current Monthly Payment: | $2,069.00 |
| Paid to Claims: | $43,807.30 | Arrearages: | $6,207.00 |
| Paid to Trustee: | $4,207.69 | Total Plan Base: | $118,361.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.